**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1911**

NING SHEN,

Plaintiff – Appellant,

v.

SECRETARY, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,

Defendant – Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, Chief District Judge. (3:16-cv-00001-GMG)

Submitted: May 02, 2018                                    Decided: July 9, 2018

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dallas Ian Hammer, ZUCKERMAN LAW, Tysons Corner, Virginia, for Appellant. William J. Powell, United States Attorney, Wheeling, West Virginia, Erin K. Reisenweber, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dr. Ning Shen appeals the district court's order dismissing her action against the Veterans Affairs Medical Center in Martinsburg, West Virginia. We have reviewed the record, as well as the parties' briefing in this matter, and find no reversible error. *See Hux v. City of Newport News*, 451 F.3d 311, 315 (4th Cir. 2006) (a plaintiff's failure to demonstrate a genuine issue of material fact regarding pretext warrants summary judgment). Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*